Charles R. Vincent, appellant, v. George T. Harz, appellee. Gen. No. 34,467.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

McKinney, Lynde & Grear, for appellant; William E. Dever, of counsel. Henry L. Wells, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.